# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLAUDE MILLER,

               Plaintiff,

    vs.

MIKE POLOUS, Warden, et al.,

               Defendants.

Case No. EDCV 10-421-R (DTB)

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: _____May 13, 2011_____

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE