JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLAUDE MILLER,

    Plaintiff,

vs.

MIKE POLOUS, Warden, et al.,

    Defendants.

Case No. EDCV 10-421-R (DTB)

**J U D G M E N T**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 13, 2011

MANUEL REAL
UNITED STATES DISTRICT JUDGE